THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ZUHR, Appellant, *v.* FRANCIS V. GREENE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Zuhr* v. *Greene,* 93 App. Div. 625, affirmed.
(Submitted November 16, 1904; decided December 6, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 15, 1904, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*James W. Ridgway* and *Thomas Kelby* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Thomas F. Noonan* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

In the Matter of the Application of ALFRED R. GOSLIN, Respondent, to Punish H. JAMES ALEXANDER, Appellant, and Another, for Contempt.

*Matter of Goslin,* 95 App, Div. 407, affirmed.
(Argued November 16, 1904; decided December 6, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1904, which affirmed an order of Special Term adjudging the appellant herein guilty of contempt of court and punishing him therefor.

*Isaac L. Miller* for appellant.

*William J. Lippmann* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.